ORIGINAL

FILED

12/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0568

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0568

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CONNER JAMES KAISER,

Defendant and Appellant.

FILED

DEC 0 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Conner James Kaiser moves this Court for appointment of counsel to represent him in his appeal. As grounds, Kaiser states that he is incarcerated and that he is unable to pay attorney fees because of his financial condition. In his filed Notice of Appeal, Kaiser provides that the Eighth Judicial District Court, Cascade County issued a final judgment in on September 28, 2020 (Cause No. DDC-20-175(b)).

We secured a copy of this decision. The District Court sentenced Kaiser for negligent homicide to a ten-year commitment with five years suspended to the Department of Corrections. Kaiser has a recent felony conviction, and he may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Kaiser's Motion for Appointment of Counsel is GRANTED.

The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Conner James Kaiser personally.

DATED this 1st day of December, 2020.

For the Court,

By _____
Chief Justice